UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDRICK JAMES DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV281 TCM |
| ) | |
| STATE OF MISSOURI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal motions to amend his complaint and for appointment of counsel [Doc. #15 and #17] are **DENIED** as the Court is without jurisdiction to entertain the motions given that the matter is currently on appeal with the Eighth Circuit Court of Appeals.

Dated this 27th day of July, 2010.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE